**Law Offices of David Carlebach**
**55 Broadway, Suite 1902**
**New York NY 10005**

**212-785-3041**
**david@carlebachlaw.com**

February 14, 2017

Hon. Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

**In Re:  Silas Metro Holdings Corp.**
**Ch. 11 case No. 16-40000-smb**

Dear Judge Bernstein:

I write with respect to the Motions and Initial Status Conference on this mornings calendar in the above referenced case.  The Debtor has no objection to the relief sought in the Motions and has not interposed opposition in that regard.  Except that the Debtor respectfully requests that the automatic 14 day stay provided by Bankruptcy Rule 4001(a)(1) not be waived in order for the Debtor to have sufficient time to seek appropriate relief in State Court.

This case is very similar procedurally to the related Three Amigos case whereby, the State Court, without trial, vacated the Debtor's deed to valuable real estate based on fraud like arguments, despite the Debtor having obtained representations of counsel that the seller had the authority to sell the property in question.  The debtor believes that upon appellate review, at a minimum the matter will be remanded back for trial for further findings of fact.

The Debtor has not yet filed schedules, been examined or filed any MOR's.  In that regard the Debtor intends on moving for dismissal of the case.  The Debtor will remedy the above referenced deficiencies prior thereto as well as pay any outstanding Trustee fees.

I will be unable to attend today's hearing due to some exigent personal circumstances and apologize to the Court in that regard.

Respectfully,

s/David Carlebach

David Carlebach